**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-2107**

---

EDNA MAE FITTS,

        Plaintiff - Appellant,

    v.

BECHTEL SAVANNAH RIVER SITE,

        Defendant - Appellee.

---

**No. 07-2158**

---

EDNA MAE FITTS,

        Plaintiff - Appellant,

    v.

BECHTEL SAVANNAH RIVER SITE,

        Defendant - Appellee.

---

Appeals from the United States District Court for the District of South Carolina, at Aiken.   Henry F. Floyd, District Judge. (1:04-cv-23202-HFF)

---

Submitted:  February 29, 2008     Decided:  March 13, 2008

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

No. 06-2107 dismissed; No. 07-2158 affirmed by unpublished per curiam opinion.

---

Edna Mae Fitts, Appellant Pro Se. William Harrell Foster, III, NELSON, MULLINS, RILEY & SCARBOROUGH, LLP, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edna Mae Fitts appeals the district court's orders granting summary judgment to the Employer in Fitts' employment discrimination action and denying relief under Fed. R. App. P. 4(a)(6). Fitts' appeal of the summary judgment motion was untimely filed. We therefore grant the Appellee's motion to dismiss the appeal as untimely. We have reviewed the record and find no reversible error in the district court's determination that Fitts was not entitled to the benefit of reopening the appeal period under Rule 4(a)(6). Accordingly, we affirm the order for the reasons stated by the district court. <u>Fitts v. Bechtel Savannah River Site</u>, No. 1:04-cv-23202-HFF (D.S.C. May 16, 2006; Nov. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>No. 06-2107 DISMISSED</u>
<u>No. 07-2158 AFFIRMED</u>